In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00347-CV
_____

IN THE INTEREST OF B.J.D.

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CV 1509661

**MEMORANDUM OPINION**

On August 21, 2015, Leonard Joseph DeJean filed a notice of appeal from an order denying a motion for dismissal in a suit affecting the parent-child relationship. We notified the parties that our jurisdiction was not apparent from the notice of appeal and that the appeal would be dismissed for want of jurisdiction unless a response demonstrating this Court's jurisdiction was filed by September 16, 2015. The appellant did not file a response. The appellee did respond, informing the Court that the trial court's August 20, 2015 order is interlocutory, and requested that the appeal be dismissed for lack of jurisdiction.

1

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if a statute authorizes an accelerated appeal. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *see* Tex. R. App. P. 28.1. The appellant has not filed a response showing that a judgment or an appealable order has been signed. *See* Tex. R. App. P. 42.3. We dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on September 30, 2015
Opinion Delivered October 1, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.